IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| *ex rel.* Charles E. Moore, ) | |
| Plaintiff, ) | Civil Action No. 12-cv-2093 MJG |
| ) | |
| v. ) | |
| ) | |
| ROBERT S. SVEHLAK, *et al.* ) | |
| Defendants. ) | |
| ) | |

## [PROPOSED]
## ORDER

Having read and considered the Motion for Extension of Time to Serve Complaint, in accordance with Fed. R. Civ. P. 4, this Honorable Court believes there is good cause for the extension of time requested therein pursuant to Fed. R. Civ. P. 6(b). Accordingly, it is this 14th day of Dec., 2015:

ORDERED, that the Motion for Extension of Time to Serve Complaint shall be and is hereby GRANTED; and it is further

ORDERED, that the deadline for completing service upon the Defendants, in accordance with Fed. R. Civ. P. 4, shall be and it is hereby extended through and including March 12, 2016.

/s/
_____
Marvin J. Garbis
United States District Judge